UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DOUGLAS S. HALBRUCKER,**

    **Plaintiff,**

  **V.**                                                                            Case No. **07-C-11**

**WASTE MANAGEMENT OF WISCONSIN, INC.,**

    **Defendant.**

---

# ORDER DISMISSING CASE

---

Pursuant to Federal Rule of Civil Procedure 41(b), the above-entitled action is hereby DISMISSED WITH PREJUDICE upon motion of the plaintiff stating that all claims in this matter which relate to the complaint have been settled. All parties shall bear their own costs and attorneys' fees.

Dated at Milwaukee, Wisconsin, this 14th day of January, 2008.

                                                  SO ORDERED,

                                                  s/ Rudolph T. Randa
                                                HON. RUDOLPH T. RANDA
                                                Chief Judge